# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 29, 2016

## NO. 03-16-00409-CV

**Michael L Bernoudy, Jr., Appellant**

**v.**

**Steven McGraw, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the trial court on June 13, 2016. Having

reviewed the record, the Court holds that Michael L Bernoudy, Jr. has not prosecuted his appeal

and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses

the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both

in this Court and in the court below.